**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reuben A. ALVAREZ, Jr.,**
**Defendant–Appellant.**

No. 03–10904
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

J. Michael Worley, Assistant US Attorney, Nancy E. Larson, Assistant US Attorney, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Reuben A Alvarez, Jr., Federal Medical Center, Fort Worth, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Reuben A. Alvarez, Jr., has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Alvarez has received a copy of counsel's motion and brief, but he has not filed a response. Our review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

ther responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under